# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No.: 1:24-cv-00456

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | ) **JOINT MOTION FOR ENTRY OF**<br>) **CONSENT DECREE**<br>) |
| CLIFFORD RAU, | )<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>) |
| PEPSICO BEVERAGE SALES, LLC d/b/a PEPSICO BEVERAGE COMPANY | )<br>)<br>)<br>) |
| Defendant. | ) |

Plaintiff Equal Employment Opportunity Commission (the "EEOC"), Plaintiff-Intervenor Clifford Rau, and Defendant PepsiCo Beverage Sales, LLC, Defendant (collectively "the Parties") respectfully move this Court for entry of the attached Consent Decree. The Consent Decree has been agreed upon by the Parties and submitted herewith. The terms of the agreement are intended as a complete resolution of all matters in controversy between the EEOC, Plaintiff-Intervenor and Defendant, as fully set forth in the proposed Consent Decree which is filed as an Exhibit to this Motion.

Wherefore, the Parties move this Honorable Court for entry of the proposed Consent Decree.

Dated this the 11th day of December, 2025.

        Respectfully submitted:

        U.S. EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION

        /s/ *Amy E. Garber*
        Amy E. Garber, EEOC Trial Attorney
        VA Bar No. 37336
        EEOC, Norfolk Local Office
        200 Granby St., Suite 739
        Norfolk, VA 23510
        Telephone: (757) 600-4726
        Email: zoe.mahood@eeoc.gov

        */s/ Elizabeth B. Hilker*
        Elizabeth B. Hilker
        N.C. State Bar No. 49083
        Elliot Morgan Parsonage, PLLC
        300 E. Kingston Avenue, Suite 200
        Charlotte, NC 28203
        Telephone: 704-707-3705
        Email: ehilker@emplawfirm.com

        ATTORNEY FOR PLAINTIFF-INTERVENOR

        */s/ Matthew Brown*
        Matthew Brown
        N.C. State Bar No. 53001
        LITTLER MENDELSON, P.C.
        620 South Tryon Street, Suite 950 Charlotte, NC 28202
        Telephone: 704.972.7010
        Email: mabrown@littler.com

        ATTORNEY FOR DEFENDANT