THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:24-cv-00456

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| And | ) ) |
| CLIFFORD RAU | ) ) STIPULATION OF DISMISSAL |
| Plaintiff-Intervenor | ) ) |
| v. | ) ) |
| PEPSI BEVERAGE SALES, LLC d/b/a PEPSICO BEVERAGE COMPANY | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed between Plaintiff-Intervenor Clifford Rau and Defendant Pepsi Beverage Sales, LLC d/b/a PepsiCo Beverage Company, that all claims of Plaintiff-Intervenor Rau in this action are hereby dismissed with prejudice and without costs or attorneys' fees against any party.

Respectfully submitted,

/s/ *Elizabeth B. Hilker*
Elizabeth B. Hilker (NC Bar No. 49083)
**Elliot Morgan Parsonage, PLLC**
300 E. Kingston Ave, Suite 200
Charlotte, North Carolina 28203
Telephone: (704) 707-3705
Facsimile: (336) 724-3335
Email: ehilker@emplawfirm.com
ATTORNEY FOR PLAINTIFF

/s/ *Matthew S. Brown*
Matthew S. Brown (NC Bar No. 53001)
**Littler Mendelson, P.C.**
620 Tryon Street, Suite 960
Charlotte, NC 28202
Telephone: (704) 972-7037
Email: MaBrown@litter.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

This the 2nd day of January, 2026

/s/   Elizabeth B. Hilker
Elizabeth B. Hilker (NC Bar No. 49083)
**Elliot Morgan Parsonage, PLLC**
300 E. Kingston Ave, Suite 200
Charlotte, North Carolina 28203
Telephone: (704) 707-3705
Facsimile: (336) 724-3335
Email: ehilker@emplawfirm.com